Commonwealth *v.* Dunlap, Appellant.

Argued April 11, 1974. *James Bukac,* for appellant; *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., did not participate in the consideration or decision of this case.